# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANCY HARA-ISA<br><br>  Plaintiff,<br><br>  vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA, a Massachusetts corporation; DOES I through V inclusive; and ROES I through V, inclusive,<br><br>  Defendants. | CASE NO. : 2:11-cv-01457-LRH-PAL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE, AND ORDER** |

Plaintiff NANCY HARA-ISA and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA hereby stipulate to a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs as set forth in the Release between the parties.

DATED this 20th day of April, 2012.

| | |
|---|---|
| LAW OFFICE OF JULIE A. MERSCH | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC |
| By:  /s/ Julie A. Mersch<br>     Julie A. Mersch, Esq.<br>     Nevada Bar No.: 004695<br>     1100 E. Bridger<br>     Las Vegas, NV 89101<br>     *Attorney for Plaintiff* | By:  /s/ Eric P. Mathisen<br>     Jill Garcia, Esq.<br>     Nevada Bar No. 007805<br>     Eric P. Mathisen, Esq.<br>     Wells Fargo Tower, Ste. 1500<br>     3800 Howard Hughes Pkwy.<br>     Las Vegas, NV 89169<br>     *Attorneys for Defendant* |

////

////

////

**ORDER**

IT IS SO ORDERED that this case shall hereby be dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs as set forth in the Release between the parties.

Dated this 23rd day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE